# EXHIBIT B

Louis L. Chodoff (No. 037281988)
Monica T. Nugent (No. 238252017)
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
Telephone: 856.761.3400
Facsimile: 856.761.1020

Attorneys for Defendant Choice Hotels
International Services Corp.

| | |
|---|---|
| NEERAV DUDHWALA, <br><br> *Plaintiff*, <br><br> v. <br><br> CHOICE HOTELS INTERNATIONAL SERVICES CORPORATION D/B/A CHOICE HOTELS, and JOHN DOES I-X (being a number yet undetermined and being persons or corporations, whose identities are unknown), <br><br> *Defendants*. | : <br> : <br> : <br> : <br> : SUPERIOR COURT OF NEW JERSEY <br> : LAW DIVISION, MORRIS COUNTY <br> : <br> : DOCKET NO. MRS-L-000114-22 <br> : <br> : CIVIL ACTION <br> : <br> : <br> : <br> : |

## NOTICE OF FILING OF NOTICE OF REMOVAL

**TO:**   Civil Division
Superior Court of New Jersey, Morris County
Morris County Courthouse
Washington and Court Streets
Morristown, NJ 07963

Fred Shahrooz Scampato, Esq.
Law Offices of Shahrooz Scampato, P.C.
445 East Broad Street
Westfield, NJ 07090

Leslie A. Farber, Esq.
Leslie A. Farber, LLC
8 Hillside Avenue, Suite 103
Montclair, NJ 07042
*Attorneys for Plaintiff, Neerav Dudhwala*

**PLEASE TAKE NOTICE** that Defendant Choice Hotels International Services Corp. (improperly plead as Choice Hotels International Services Corporation d/b/a Choice Hotels) ("Choice Hotels"), by and through its undersigned counsel, filed a Notice of Removal in the United States District Court for the District of New Jersey on February 17, 2022.

**PLEASE TAKE FURTHER NOTICE** that a true and correct copy of the original Notice of Removal, which was filed in the United States District Court for the District of New Jersey, is attached hereto (without exhibits) as Exhibit A and has been served along with this notice on counsel for Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. § 1446(d), no further proceedings shall occur in this Court unless and until this case is remanded.

                              Respectfully submitted,

                              */s/ Monica T. Nugent*
                              Louis L. Chodoff (No. 037281988)
                              Monica T. Nugent (No. 238252017)
                              BALLARD SPAHR LLP
                              700 East Gate Drive, Suite 330
                              Mount Laurel, NJ  08054
                              Telephone:  (856) 761-3400

                              *Attorneys for Defendant Choice Hotels International Services Corp.*

Date: February 17, 2022

## **CERTIFICATE OF SERVICE**

I, Monica T. Nugent, hereby certify that on this date, I caused a true and correct copy of the foregoing Notice of Filing of Notice of Removal to be served on counsel for Plaintiff via the Court's electronic filing system:

Fred Shahrooz Scampato, Esq.
Law Offices of Shahrooz Scampato, P.C.
445 East Broad Street
Westfield, NJ 07090

Leslie A. Farber, Esq.
Leslie A. Farber, LLC
8 Hillside Avenue, Suite 103
Montclair, NJ 07042
***Attorneys for Plaintiff, Neerav Dudhwala***

Date:  February 17, 2022

*/s/ Monica T. Nugent*
Monica T. Nugent