# LESLIE A. FARBER, LLC

ATTORNEYS AT LAW

*Of Counsel*
Fred Shahrooz-Scampato, Esq.

BRASSWORKS BUILDING
105 GROVE STREET, SUITE 1
MONTCLAIR, NEW JERSEY 07042-4053
973.707.3322
973.860.1174 (fax)

E-mail: LFarber@LFarberLaw.com
Web page: www.LFarberLaw.com

October 1, 2022

*via Federal Express, overnight delivery*

Catherine M. Stavlas, Clerk
United States District Court for the District of Maryland
200 U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

  Re: **Neerav Dudhwala v. Choice Hotels International Services Corporation dba Choice Hotels et al**
     **Civil action no. 2:22-cv-02399-PX**

Dear Ms. Stavlas:

Fred Shahrooz-Scampato, Esq., and I are New Jersey attorneys (not admitted to this Court) who have been representing the Plaintiff in the above case in U.S. District Court for the District of New Jersey New Jersey. This case has just been transferred from the District of New Jersey to the District of Maryland, and now is assigned to the Hon. Paula Xinis, U.S.D.J., in your district.

We just received the Court's letter of September 21, 2022, requiring that we notify the Court within fourteen (14) days as to whether either of us will be seeking admission or if another attorney will be entering an appearance on the Plaintiff's behalf. I have been speaking with two (2) Maryland attorneys and expectat that one of them will soon be entering an appearance in this Court for the Plaintiff and that Mr. Scampato will seek to be admitted pro hac vice. However, an agreement for that representation and appearance by a Maryland attorney might not be able to take place by October 5, 2022 (14 days from your letter). Therefore, on the Plaintiff's behalf, we respectfully request that the Plaintiff be allowed an additional fourteen (14) days for a Maryland attorney to enter an appearance in the case.

Respectfully submitted

Leslie A. Farber

LAF

cc: Louis L. Chodoff, Esq. *(via email)*
   Monica T. Nugent, Esq. *(via email)*
   Fred Shahrooz-Scampato, Esq. *(via email)*