IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEERAV DUDHWALA, | : |
| | : |
| *Plaintiff*, | : |
| | : |
| v. | : |
| | : |
| CHOICE HOTELS INTERNATIONAL | : CIVIL ACTION |
| SERVICES CORPORATION D/B/A CHOICE | : NO. 8:22-cv-02399-PX |
| HOTELS, and JOHN DOES I-X (being a number | : |
| yet undetermined and being persons or | : |
| corporations, whose identities are unknown), | : |
| | : |
| *Defendants*. | : |
| | : |

**DEFENDANT CHOICE HOTELS INTERNATIONAL SERVICES CORP.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Choice Hotels International Services Corp. (improperly pled as Choice Hotels International Services Corporation d/b/a Choice Hotels), by and through its undersigned counsel, hereby moves to dismiss Plaintiff Neerav Dudhwala's Complaint, with prejudice, for failure to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6). The grounds for this Motion are more fully set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss.

    Respectfully submitted,

*/s/ Michelle M. McGeogh*
Michelle M. McGeogh (USDC Bar No. 28778)
**BALLARD SPAHR LLP**
111 S. Calvert Street, 27th Floor
Baltimore, MD  21202
Phone:  (410) 528-5600
Facsimile:  (410) 528-5650
mcgeoghm@ballardspahr.com

2

        Louis L. Chodoff (*pro hac vice pending*)
        Monica T. Nugent (*pro hac vice pending*)
        **BALLARD SPAHR LLP**
        700 East Gate Drive, Suite 330
        Mount Laurel, NJ 08054
        Phone:  (856) 761-3400
        Facsimile:  (856) 761-1020
        chodoffl@ballardspahr.com
        nugentm@ballardspahr.com

        *Attorneys for Defendant Choice Hotels*
        *International Services Corp.*