UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NEERAV DUDHWALA**, <br><br> *Plaintiff,* <br><br> v. <br><br> **CHOICE HOTELS INTERNATIONAL SERVICES CORPORATION D/B/A CHOICE HOTELS, et al,** <br><br> *Defendant.* | Case no. 8:22-cv-02399-PX <br><br> <u>CIVIL ACTION</u> |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff.

I certify that I am admitted to practice in this Court.


Dated: October 28, 2022

/s/ _____

Robert Baldwin III (Bar # 20793)
Virtue Law
1250 Connecticut Ave, Suite 700
Washington D.C., NW
20036
T: (301) 821-6407
Robert@virtuelawgroup.com