IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NEERAV DUDHWALA, | : |
| *Plaintiff*, | : |
| v. | : |
| CHOICE HOTELS INTERNATIONAL SERVICES CORPORATION D/B/A CHOICE HOTELS, and JOHN DOES I-X (being a number yet undetermined and being persons or corporations, whose identities are unknown), | : CIVIL ACTION<br>: NO. 8:22-cv-02399-PX |
| *Defendants*. | : |

**INITIAL JOINT STATUS REPORT**

Plaintiff Neerav Dudhwala ("Plaintiff") and Defendant Choice Hotels International Services Corp. ("Defendant"), by and through their counsel, submit this Initial Joint Status Report as required by the Court's Scheduling Order, dated November 13, 2023 [ECF No. 65] (the "Scheduling Order"), and jointly state as follows:

**I.    Requests for Modification of the Scheduling Order**

The Court's Scheduling Order contains the following unexpired deadlines:

| | |
|---|---|
| December 28, 2023 | Moving for joinder of additional parties and amendment of pleadings |
| January 12, 2024 | Plaintiff's Rule 26(a)(2) disclosures |
| February 12, 2024 | Defendant's Rule 26(a)(2) disclosures |
| February 26, 2024 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| March 4, 2024 | Rule 26(e) supplementation of disclosures and responses |
| March 27, 2024 | Discovery deadline; submission of status report |

| | |
|---|---|
| April 3, 2024 | Requests for admission |
| April 26, 2024 | Dispositive pretrial motions deadline |

The parties have conferred and agree to propose the following modifications to the Scheduling Order:

| | |
|---|---|
| December 28, 2023 | Moving for joinder of additional parties and amendment of pleadings |
| April 11, 2024 | Plaintiff's Rule 26(a)(2) disclosures |
| May 13, 2024 | Defendant's Rule 26(a)(2) disclosures |
| May 27, 2024 | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| June 3, 2024 | Rule 26(e) supplementation of disclosures and responses |
| June 25, 2024 | Discovery deadline; submission of status report |
| July 2, 2024 | Requests for admission |
| July 25, 2024 | Dispositive pretrial motions deadline |

## II.     Early Settlement/ADR Conference

The parties have engaged in limited settlement discussions; to date, they have been unsuccessful. At this time, while Plaintiff is always amenable to settlement discussions, the parties agree that the exchange of some initial discovery would be beneficial prior to any formal settlement conference with a United States Magistrate Judge.

## III.    Deposition Hours

The Court's Scheduling Order allocates 15 hours of depositions of fact witnesses (including parties) per side, for a total of 30 hours of fact witness depositions. The parties have conferred.

Defendant believes 15 hours of depositions of fact witnesses is sufficient for each side, and sees no basis for extending the time allotted by the Court in this straightforward, single-plaintiff discrimination action.

Plaintiff believes he requires more time than is allotted by the Court, and therefore requests a total of 25 hours of depositions for Plaintiff's fact witnesses, due to the anticipated number of fact witnesses to be deposed.

### IV. United States Magistrate Judge

At this time, the parties do not unanimously consent to proceed before a United States Magistrate Judge.

| | |
|---|---|
| */s/ Robert Baldwin III*<br>Robert Baldwin III (Bar # 20793)<br>Virtue Law Group<br>1250 Connecticut Ave, Ste 700<br>Washington, DC 20036<br>Ph. (301) 821-6407<br>Robert@virtuelawgroup.com<br><br>Leslie A. Farber, Esq. (pro hac vice)<br>105 Grove Street, Suite 1<br>Montclair, NJ 07042<br>Ph. (973) 707-3322<br>LFarber@LFarberLaw.com<br><br>Rachel B. Drake, Esq. (pro hac vice)<br>121 S. Euclid Avenue, 2nd Floor<br>Westfield, NJ 07090<br>Ph. (908) 389-1100<br>RDrakeLaw@gmail.com<br><br>*Attorney for Plaintiff Neerav Dudhwala*<br><br>Dated: November 27, 2023 | */s/ Michelle M. McGeogh*<br>Michelle M. McGeogh (USDC Bar No. 28778)<br>Ballard Spahr LLP<br>111 S. Calvert Street, 27th Floor<br>Baltimore, MD  21202<br>Phone:  (410) 528-5661<br>Facsimile:  (410) 528-5650<br>mcgeoghm@ballardspahr.com<br><br>Louis L. Chodoff (pro hac vice)<br>Monica T. Nugent (pro hac vice)<br>Ballard Spahr LLP<br>700 East Gate Drive, Suite 330<br>Mount Laurel, NJ 08054<br>Phone:  (856) 761-3400<br>Facsimile:  (856) 761-1020<br>chodoffl@ballardspahr.com<br>nugentm@ballardspahr.com<br><br>*Attorneys for Defendant Choice Hotels International Services Corp.*<br><br>Dated:  November 27, 2023 |